UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/09
```

PETER L. DONAHUE, *et al.*,

        Plaintiffs,

-v-

GLOBAL HOME LOANS & FINANCE INC., *et al.*,

        Defendants.

No. 05 Civ. 8362 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference before the Court on March 13, 2009, the following amended discovery schedule was adopted:

    All discovery shall be completed by no later than June 12, 2009.

    The parties shall submit their pre-motion letters, in accordance with the Court's Individual Practices, no later than June 15, 2009. Replies shall be submitted no later than June 18, 2009.

    The parties shall appear for a post-discovery status conference on June 26, 2009 at 9:30 a.m.

SO ORDERED.

Dated:    March 13, 2009
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE